1  Thiago M. Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   Binyamin I. Manoucheri, SBN 336468
3  binyamin@wilshirelawfirm.com
   **WILSHIRE LAW FIRM, PLC**
4  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
5  Telephone: (213) 381-9988
   Facsimile: (213) 381-9989
6  Attorneys for Plaintiff, *Daniel Cervantes*
7

8  Debbie Kim, Esq., SBN 285340
   dxkim@grsm.com
9  **GORDON REES SCULLY MANSUKHANI, LLP**
   633 West Fifth Street, 52nd floor
10 Los Angeles, CA 90071
   Telephone: (213) 576-5000
11 Facsimile: (213) 680-4470
12 Attorneys for Defendant,
   *PACIFICA HOTELS, LLC D/B/A GOLDEN SAILS HOTEL*
13

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CERVANTES, an individual, | Case No.: 2:22-cv-01016-KJM-DB |
| Plaintiff, | *Honorable Judge Kimberly J. Mueller* |
| vs. | **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A); [PROPOSED] ORDER** |
| PACIFICA HOTELS, LLC d/b/a GOLDEN SAILS HOTEL, a California limited liability company; and DOES 1 to 10, inclusive, | |
| Defendants. | FAC Filed: June 22, 2022<br>Trial Date: None Set |

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Daniel Cervantes and Defendant Pacifica Hotels, LLC d/b/a Golden Sails Hotel, stipulate and jointly request that this Court enter a dismissal with prejudice as to all of Plaintiff's claims in their entirety, in the above-entitled action. Each party shall bear his or its own fees and costs.

Dated: February 21, 2023          **WILSHIRE LAW FIRM, PLC**

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho, Esq.
Binyamin I. Manoucheri, Esq.
*Attorneys for Plaintiff*

Dated: February 21, 2023          **GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Debbie Kim*
Debbie Kim, Esq.
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: February 21, 2023          **WILSHIRE LAW FIRM, PLC**

*A/s/ Binyamin I. Manoucheri*
Binyamin I. Manoucheri
*Attorneys for Plaintiff*